

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00894-CV

Melody Ann **MCLEHANY**,
Appellant

v.

Scott Mitchell **BROWN**,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 12382B
Honorable Rex Emerson, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Sandee Bryan Marion, Justice

Delivered and Filed: February 12, 2014

DISMISSED FOR WANT OF PROSECUTION

On January 16, 2014, the trial court clerk filed a notification of late record stating that the clerk's record had not been filed because appellant had failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant is not entitled to appeal without paying the fee. On January 17, 2014, appellant was ordered to provide written proof to this court by January 27, 2014 that either (1) the clerk's fee had been paid or arrangements had been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. The order stated that if appellant failed to respond within the time provided, this appeal would be dismissed

for want of prosecution.  *See* TEX. R. APP. P. 37.3(b).  Appellant failed to respond to within the time provided.  Accordingly, this appeal is dismissed for want of prosecution.  *See id*.

PER CURIAM